IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. | 5:24-CR-325 (GTS) |
| | ) | |
| v. | ) **Information** | |
| | ) | |
| **MARY LAGIOIA,** | ) Violation: | 18 U.S.C. § 1709 |
| | ) | [Theft of Mail Matter By Employee] |
| | ) | |
| | ) 1 Count | |
| | ) | |
| **Defendant.** | ) County of Offense: | Oneida |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[Theft of Mail Matter by Employee]**

On or about May 5, 2021, in Oneida County in the Northern District of New York, the defendant, **MARY LAGIOIA**, a United States Postal Service employee, did embezzle from an item of United States mail entrusted to her and which came into her possession that was intended to be conveyed by mail, in that while acting as a United States Postal Service employee she stole a $50.00 American Express gift card from an envelope that was entrusted to the United States Postal Service for delivery and was intended to be conveyed by mail, in violation of Title 18, United States Code, Section 1709.

Dated: 8/1/24

CARLA B. FREEDMAN
United States Attorney

By: *Tamara B. Thomson*
Tamara B. Thomson
Assistant United States Attorney
Bar Roll No. 515310